UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MARROQUIN,<br><br>    Plaintiff,<br><br>  v.<br><br>MS. HELEN; et al.,<br><br>    Defendants.<br>_____/ | No. C 12-617 SI (pr)<br><br>**ORDER EXTENDING DEADLINE** |

Plaintiff's request for an extension of time to file his amended complaint is GRANTED. (Docket # 8.) The amended complaint must be filed no later than **August 3, 2012**. No further extensions of this deadline should be expected.

IT IS SO ORDERED.

Dated: July 2, 2012

_____
SUSAN ILLSTON
United States District Judge